# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-3689

———————

Steven Caldwell,           *

           *

       Appellant,       *

           *    Appeal from the United States

     v.             *    District Court for the Western

           *    District of Missouri.

Michael J. Astrue,       *

Commissioner of Social Security,    *    [UNPUBLISHED]

           *

       Appellee.       *

———————

Submitted:  February 3, 2010
Filed:  February 19, 2010

———————

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Steven Caldwell appeals the district court's[1] order affirming the denial of disability insurance benefits. Having carefully reviewed the record, see Van Vickle v Astrue, 539 F.3d 825, 828 & n.2 (8th Cir. 2008) (standard of review), we reject Caldwell's arguments for reversal, see Willcockson v. Astrue, 540 F.3d 878, 880 (8th Cir. 2008) (when determining residual functional capacity, administrative law judge

———————

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

must consider medical evidence, observations of treating doctors and others, and claimant's own description of his limitations); <u>Craig v. Apfel</u>, 212 F.3d 433, 436 (8th Cir. 2000) (administrative law judge is not required to discuss all evidence, and failure to cite specific evidence does not mean it was not considered).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____